JOSEPH NASTASI, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27825.)

Argued October 10, 1949; decided October 20, 1949.

*Benedict S. Rosenfeld* and *Albert Jakobson* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel). for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.